People v Ratliff (2025 NY Slip Op 00336)

People v Ratliff

2025 NY Slip Op 00336

Decided on January 22, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 22, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
WILLIAM G. FORD
CARL J. LANDICINO
DONNA-MARIE E. GOLIA, JJ.

2024-07094
2024-07095

[*1]The People of the State of New York, plaintiff,
v
Avad Ratliff, defendant. (Ind. Nos. 1936/19, 71124/21)

Twyla Carter, New York, NY (Frank Xiao of counsel), for defendant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Marie John of counsel), for plaintiff.

DECISION & ORDER
Application by the defendant, inter alia, for a writ of error coram nobis seeking leave to file a late notice of appeal from two judgments of the Supreme Court, Kings County, both rendered April 26, 2022.
ORDERED that the application is denied.
The defendant has not established his entitlement to the relief requested (see People v Syville, 15 NY3d 391).
DILLON, J.P., FORD, LANDICINO and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court